# In the United States District Court for the Southern District of Georgia
## Waycross Division

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BAIMURAT DURBILEV,

    Defendant.

CV 524-048

## ORDER

Before the Court is Plaintiff United States of America's notice of voluntary dismissal, dkt. no. 17, wherein it notifies the Court that it wishes to voluntarily dismiss this action. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all of Plaintiff's claims against Defendant Baimurat Durbilev are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 3 day of October, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA